UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN EDWIN POOLE,

    Plaintiff,

    v.

CITY OF SACRAMENTO, et al.,

    Defendants.

No.  2:26-cv-1943 DJC AC PS

ORDER

This case was removed from State Court on May 27, 2026.  ECF No. 1.  Plaintiff is proceeding in pro se, and pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  Defendants filed an answer on June 3, 2026.  ECF No. 3.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for September 9, 2026 at 10:00 a.m. via Zoom before Magistrate Judge Allison Claire.  All parties shall appear by counsel or in person if acting without counsel.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall a joint status report addressing the following matters:

    a.  Service of process;

    b.  Possible joinder of additional parties;

    c.  Any expected or desired amendment of the pleadings;

1

    d.  Jurisdiction and venue;

    e.  Anticipated motions and their scheduling;

    f.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h.  Special procedures, if any;

    i.  Estimated trial time;

    j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k.  Whether the case is related to any other cases, including bankruptcy;

    l.  Whether a settlement conference should be scheduled;

    m.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: June 4, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE